# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2025 WY 38

*October Term, A.D. 2024*

<u>**April 2, 2025**</u>

PATRICK JAMES SUNRHODES,

**Appellant**
**(Defendant),**

**v.**                                                       S-24-0246

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S ORDER DENYING MOTION FOR SENTENCE REDUCTION

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Appellant filed this appeal to challenge the district court's August 19, 2024, Order Denying Defendant's Motion for Sentence Reduction.

[¶2]    On February 3, 2025, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Denying Defendant's Motion for Sentence Reduction should be affirmed.  It is, therefore,

[¶4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Patrick James Sunrhodes, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]   **ORDERED** that the Fremont County District Court's August 19, 2024, Order Denying Defendant's Motion for Sentence Reduction, be, and the same hereby is, affirmed.

[¶6]   **DATED** this 2nd day of April, 2025.

BY THE COURT:

/s/

**KATE M. FOX**
Chief Justice